# In the United States Court of Federal Claims

No. 20-1585C
Filed: November 25, 2020

---

**COMPREHENSIVE HEALTH SERVICES, LLC,**

        *Plaintiff,*

**v.**

**THE UNITED STATES,**

        *Defendant.*

---

## <u>ORDER</u>

**TAPP, Judge.**

    On November 25, 2020, Plaintiff moved for voluntary dismissal with this Court pursuant to Rule 41(a)(1)(A)(i) of the Rules of the Court of Federal Claims. (ECF No. 18). After review, the Court hereby **DISMISSES** this action, with prejudice, and with each party to bear its own costs and fees.

    **IT IS SO ORDERED.**

                                   s/     David A. Tapp
                                   DAVID A. TAPP, Judge